UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN A. ZAMORA BLANCO, AK3446,<br>Plaintiff,<br>v.<br>GAVIN NEWSOM, Governor,<br>Defendant(s). | Case No. 25-cv-08292-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner currently incarcerated at San Quentin Rehabilitation Center (SQRC), submitted to the Court for filing via the postal mail a pro se prisoner complaint for damages under 42 U.S.C. § 1983 alleging violations of his federal rights in connection with a stabbing he suffered in March 2012 while he was incarcerated at former state prison Deuel Vocational Institution (DVI) in Tracy, San Joaquin County.  See ECF No. 1-1.  Plaintiff resubmitted the complaint via email, as required by General Order 76, but failed to include the attachment to the complaint that he submitted via the postal mail.  See ECF No. 4.  In the interest of justice, the Court will consider the attachment to the complaint Plaintiff submitted via the postal mail part of the complaint he resubmitted via email and affirm that this action remains one for damages for violations of Plaintiff's federal rights in connection with a stabbing he suffered in March 2012 while he was incarcerated at former state prison DVI and that the only named defendant is Governor Gavin Newsom.  See ECF No. 4 at 1-2; ECF No. 1-1 at 4-15.

A substantial part of the events or omissions giving rise to Plaintiff's claims occurred in San Joaquin County and the only named defendant resides in Sacramento County.  San Joaquin and Sacramento counties both lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).[1]

---

[1] Plaintiff alludes to being unlawfully incarcerated in violation of California's Racial

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §

2  1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District

3  of California.

4    The clerk shall transfer this matter forthwith.

5    **IT IS SO ORDERED**.

6  Dated: November 6, 2025



_____
SALLIE KIM
United States Magistrate Judge

---

Justice Act of 2020. See ECF No. 1-1 at 14. Because Plaintiff's underlying criminal conviction is from Stanislaus County Superior Court, any federal claim challenging the validity of said conviction and/or resulting incarceration must be brought in a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the Eastern District of California, in whose venue Stanislaus County lies. See Habeas L.R. 2254-3(b)(1) (petition challenging state conviction or sentence should be brought in district of conviction or sentencing rather than in district of confinement); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993) (same).